IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01169-AP

THOMAS STEPHEN BEAUDET,

       Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

       Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:
JAMES M. ANDERSON
Anderson & Lopez, P.C.
4905 N. Union Blvd., Suite 302
Colorado Springs, CO 80918
Telephone: 719-471-1818
Facsimile: 719-260-1098
jim@andersonandlopez.com

<u>For Defendant</u>:
DAVID M. GAOUETTE
United States Attorney

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado

THOMAS H. KRAUS
Special Assistant United States Attorney
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
(303) 844-0017
tom.kraus@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    A.    **Date Complaint Was Filed:** 5/19/10

    B.    **Date Complaint Was Served on U.S. Attorney's Office:** 5/25/10

    C.    **Date Answer and Administrative Record Were Filed:** 7/26/10

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

Plaintiff states: The Administrative record, to the most part is accurate. Plaintiff believes a Statement in response to Appeals Council that was filed by the Plaintiff does not appear in the records. Counsel for Plaintiff forwarded a Claimants Additional Argument Regarding Request for Review and Notice of Appeals Council Action Dated February 26, 2010 on March 16, 2010. Such was sent via Certified Mail to Appeals Council and is not part of the record.

Defendant states: To the best of his knowledge, the record is complete.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

Plaintiff states: The only additional evidence on Plaintiff's behalf is the Claimants Additional Argument Regarding Request for Review and Notice of Appeals Council Action Dated February 26, 2010 and receipt.

Defendant states: None anticipated.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties do not foresee offering any unusual claims or defenses in this case.

**7. OTHER MATTERS**

The parties are not aware of any other matters at this time.

**8. BRIEFING SCHEDULE**

    A.       **Plaintiff's Opening Brief Due:** 9/28/10

    B.       **Defendant's Response Brief Due:** 10/27/10

    C.       **Plaintiff's Reply Brief (If Any) Due:** 11/17/10

## 9. STATEMENTS REGARDING ORAL ARGUMENT

    A.       **Plaintiff's Statement:** Plaintiff does not request oral argument.

    B.       **Defendant's Statement:** Defendant does not request oral argument.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

    A.       **( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.       **(X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this <u>12th</u> day of <u>August</u>, 2010.

BY THE COURT:

|  |  |
|---|---|
|  | *s/John L. Kane*<br>U.S. DISTRICT COURT JUDGE |
| APPROVED: |  |
| s/ James M. Anderson<br>JAMES M. ANDERSON<br>Anderson & Lopez, P.C.<br>4905 N. Union Blvd., Suite 302<br>Colorado Springs, CO 80918<br>Telephone: 719-471-1818<br>Facsimile: 719-260-1098<br>jim@andersonandlopez.com<br><br>Attorney for Plaintiff | UNITED STATES ATTORNEY<br><br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br><br>s/ Thomas H. Kraus<br>THOMAS H. KRAUS<br>Special Assistant U.S. Attorney<br>1961 Stout St., Suite 1001A<br>Denver, Colorado 80294<br>Telephone: (303) 844-0017<br>tom.kraus@ssa.gov<br><br>Attorneys for Defendant |