IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-01169-WYD

THOMAS STEPHEN BEAUDET,

      Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

      Defendant.

---

## ORDER

---

      THIS MATTER is before the Court on the parties' Motion for Order Approving Stipulation of Award of Attorney Fees Under the Equal Access to Justice Act filed October 20, 2011.  The motion asserts that the parties have stipulated that Plaintiff be awarded attorney fees in the amount of $5,000.00 under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  Having reviewed the motion and being fully advised in the premises, it is

      ORDERED that the Motion for Order Approving Stipulation of Award of Attorney Fees Under the Equal Access to Justice Act (ECF No. 17) is **GRANTED**.  In accordance therewith, Plaintiff is awarded attorney fees in the amount of **$5,000.00**.

      Dated October 24, 2011

                    BY THE COURT:

                    s/ Wiley Y. Daniel
                    Wiley Y. Daniel
                    Chief United States District Judge